IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ORTHODONTIC EDUCATION COMPANY,<br><br>    Debtor(s).<br>_____ / | NO. 5:10-cv-04685 EJD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |
| ORTHODONTIC EDUCATION COMPANY,<br><br>    Appellant(s),<br><br>v.<br><br>CHRISTOPHER NORBERT MODJESKI,<br><br>    Defendant(s).<br>_____ / | |

On August 9, 2011, the court ordered Appellant Orthodontic Education Company to show cause in writing why this case should not be dismissed for lack of prosecution after Appellant failed to comply with Federal Rule of Bankruptcy Procedure 8006. See Docket Item No. 6. The court admonished Appellant that the court would dismiss this action with prejudice should it fail to respond or otherwise fail to show good cause.

As of this date, Appellant has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 13, 2011

                                        EDWARD J. DAVILA
                                        United States District Judge